DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERTRAM D. JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-177

[May 25, 2023]

Appeal of order denying rule 3.850 from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502012CF004634A.

Bertram D. Jones, Indiantown, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***